UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-718-RJC-DSC

| | |
|---|---|
| VAUGHN A. FLATTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> *Commissioner of* ) <br> *Social Security* ) <br> ) <br> Defendant. ) | ORDER |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner for further administrative proceedings, to which Plaintiff's counsel has consented. (Doc. No. 12). The Commissioner wishes to conduct further fact-finding, including holding a new hearing before an Administrative Law Judge (ALJ).

The Court finds that further administrative fact-finding is warranted and that good cause therefore exists for remand. Accordingly, the Court hereby remands the case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further administrative proceedings, including a new ALJ hearing. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Signed: January 14, 2021

Robert J. Conrad, Jr.
United States District Judge